UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -

AZMOND ISLAM ALI
aka Islam Ali Uddin,

        Petitioner,

— against —

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security;
ALBERTO GONZALES, Attorney
General of the United States;
VICTOR X. CERDA, Office of
Detention and Removal, Bureau of
Immigration and Customs
Enforcement; JOHN CARBONE,
Interim Field Director,
Detention and Removal, Bureau of
Immigration and Customs
Enforcement; MARGARET CISNEROS,
Warden, Queens Private
Correctional Center,

        Respondents.

- - - - - - - - - - - - - - - - -

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

Civil Action
No. 05-1225

(Korman, Ch. J.)
(Mann, M.J.)



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 16 2005 ★

P.M. _____
TIME A.M. _____

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their counsel as follows:

    1. The above-captioned case is hereby dismissed without costs or attorney's fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

    2. Petitioner AZMOND ISLAM ALI aka Islam Ali Uddin, Alien Registration Number 27 206 937 ("Ali"), may seek reconsideration of the Decision to Continue Detention, signed on January 6, 2005, in light of new evidence. Ali shall file with the appropriate Immigration and Customs Enforcement ("ICE") office any

request for a custody review within fifteen (15) days of this Stipulation and Order being entered by the Court.

3. Within thirty (30) days of receiving Ali's request for a custody review filed pursuant to this Stipulation and Order, ICE will review all of the evidence submitted by Ali in addition to Ali's administrative record and render a new decision on whether to release Ali or to continue his immigration detention.

4. This Order shall constitute the full and final settlement of all of the claims of the parties in the above-captioned action, and it shall in no way be deemed an admission of culpability, liability, or guilt by either of the parties. Further, this Order shall in no way constitute any reflection upon the merits of the claims and defenses asserted by the parties.

| | |
|---|---|
| Dated: New York, New York<br>June 7, 2005 | Dated: Brooklyn, New York<br>June 8, 2005 |
| KAI W. DE GRAAF, ESQ.<br>Attorney for Petitioner<br>64 Fulton Street<br>Suite 1006<br>New York, New York 10038 | ROSLYNN R. MAUSKOPF<br>United States Attorney<br>Eastern District of New York<br>Attorney for Respondents<br>One Pierrepont Plaza, 16th Fl.<br>Brooklyn, New York 11201 |
| By: _____<br>KAI W. DE GRAAF, ESQ.<br>(212) 766-1406 | By: _____<br>STEVEN KIM<br>Assistant U.S. Attorney<br>(718) 254-7036 |

SO ORDERED:

                                                        s/Edward R. Korman
                                        HON. EDWARD R. KORMAN
                                Chief United States District Judge

DATED: Brooklyn, New York
        6/11, 2005